# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**RICHARD BOONE**                                                                  **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 2:08cv191-KS-MTP**

**RLI INSURANCE COMPANY**                                    **DEFENDANTS**

## ORDER ON MOTION TO COMPEL

This matter is before the court on the Motion to Compel Discovery [20] filed by defendant RLI Insurance Company ("RLI"), and the court having considered the motion finds that it should be GRANTED.

The motion establishes that RLI served interrogatories and requests for production of documents upon plaintiff Richard Boone on November 6, 2008. Although the time for responding has long passed, the plaintiff has not served his responses. Likewise, plaintiff has not responded to the motion to compel or notified the court of his intent not to respond as required by the rules of court. *See* Local Rule 7.2 (C).

IT IS, THEREFORE, ORDERED as follows:

1. RLI's Motion to Compel [20] is GRANTED;

2. Plaintiff shall respond, without objection, to the interrogatories propounded to him on or before February 16, 2009; and

3. Plaintiff shall respond, without objection, to the requests for production propounded to them and shall produce the requested documents on or before February 16, 2009.

SO ORDERED AND ADJUDGED this the 9th day of February, 2009.

                                                   s/ Michael T. Parker
                                                   United States Magistrate Judge